IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 08-102 |
| | ) |
| TYRONE KIRK, | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 29th day of June, 2009, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered May 12, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Tuesday, July 14, 2009 at 1:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Michael L. Ivory,
    Assistant United States Attorney

    Stephen H. Begler, Esquire
    100 Ross Street
    Suite 304
    Pittsburgh, PA 15219

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation