IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | Criminal No. 08-102 |
| TYRONE H. KIRK, | ) | |
| Defendant. | ) | |

MEMORANDUM ORDER

Gary L. Lancaster,
Chief Judge.                                                March 16, 2011

Before the court is Tyrone H. Kirk's motion to correct the "mistake" made by the state court with regard to his state sentence. This court has no jurisdiction to correct any mistakes allegedly made by the state court. This matter must be taken up in state court.

AND NOW, this 16th day of March, 2011, IT IS HEREBY ORDERED that Tyrone H. Kirk's motion [Doc. No. 65] is DENIED.

BY THE COURT:

_____, C. J.

cc: Tyrone Kirk, JL-9030
    SCI Mahanoy
    301 Morea Road
    Frackville, PA 17932

    All Counsel of Record